# Court of Appeals
# of the State of Georgia

ATLANTA,    June 06, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1669. CHRISLEY v. BRADDOCK et al.**

Appellee Mark Braddock has moved to supplement the appellate record in the above-styled appeal with the following materials originally filed with the Clerk of the Superior Court of Fulton County: (a) Brief in Support of Plaintiff's Verified Application and Motion for Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction, filed August 14, 2012; (b) Emergency Motion for Order to Preserve Assets in Receivership with Incorporated Memorandum of Law, filed October 2, 2012; (c) Transcript of Emergency Motion Heard Before the Honorable Alford J. Dempsey, Jr., Judge, Atlanta Judicial Circuit, Commencing October 2, 2012; (d) Motion for Contempt with Incorporated Memorandum of Law, filed October 5, 2012; (e) Notice of Filing, filed October 19, 2012; (f) Notice of Filing Documents by the Court-Appointed Receiver Lee Nicholson, filed October 19, 2012; and (g) Notice of Intent to Supplement Contempt Submission, filed December 11, 2012.

Appellee's motion to supplement the appellate record is hereby GRANTED. However, in light of the breadth of materials omitted from the record on appeal, the indeterminate amount of time it will take to prepare and transmit these materials to this Court, and the constitutional time restraints governing this Court's disposition of appeals, this case must be remanded to the Clerk of the Superior Court of Fulton County until preparation of the appellate record is completed by the addition of the designated materials. When the entire appeal record is prepared, the matter may then be transmitted to and re-docketed with the Court of Appeals. Upon re-docketing, briefing by the parties should proceed in accordance with Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 06/06/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*